IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARFATA DORLEY,<br><br>    *Plaintiff,*<br><br>    v.<br><br>SAVE-A-LOT, SAVE-A-LOT #247, SUPERVALU INC., and MORAN FOODS LLC.<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 16-04510 |

## ORDER

**AND NOW**, this 25th day of October, 2016, upon consideration of Plaintiff Marfata Dorley's Motion to Remand (ECF No. 6) and Defendants' Response (ECF No. 9), it is hereby **ORDERED** that the motion is **GRANTED**.

The Clerk of Court shall **REMAND** this matter to the Court of Common Pleas of Philadelphia County and mark this case as **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.